CONFORMING COPY

1  Brian F. Van Vleck, SBN 155250
   Daniel J. Turner, SBN 207654
2  VAN VLECK TURNER & ZALLER LLP
   555 West Fifth Street
3  31st Floor
   Los Angeles, California 90013
4  Telephone:  (213) 996-8445
   Facsimile:  (213) 996-8378
5  bvanvleck@vtzlaw.com
   dturner@vtzlaw.com
6

7  Attorneys for Plaintiff
   Charles Carlisle
8

FILED 2008 DEC 16 PM 1:43
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV08-8280 DDP (Ex)

| | |
|---|---|
| CHARLES CARLISLE,<br><br>        Plaintiff,<br><br>    vs.<br><br>COLOR SPOT NURSERIES, INC., and DOES 1 through 10 inclusive.<br><br>        Defendant. | CASE NO:<br><br>**COMPLAINT FOR FAILURE TO PAY WAGES IN VIOLATION OF FAIR LABOR STANDARDS ACT, 29 U.S.C. SECTION 201 *et seq.*** |

Plaintiff, Charles Carlisle, hereby files this Complaint against his former employer, Color Spot Nurseries, Inc.

## JURISDICTION AND VENUE

1. Jurisdiction is proper in this court as Plaintiff is asserting a claim under federal law, namely the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.

2. Venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391(c) because California is Defendant's principal place of business and it has substantial contacts within the Central District subjecting it to the personal jurisdiction of the Court.

## THE PARTIES

3. Plaintiff Carlisle is a United States citizen and resident of the State of Texas, who was formerly employed by Defendants as a merchandiser.

4. Defendant Color Spot Nurseries, Inc. ("CSN") is a corporation incorporated under the laws of the State of Delaware and which has its principal place of business in Richmond, California. CSN is a wholesale nursery that distributes bedding plants, vegetables, herbs, shrubs, premium blooming plants, ground cover, and ornamentals to more than 2,000 retail and commercial customers in the western and southwestern United States. Color Spot also provides in-store merchandising, product displays, promotional planning, and product reordering services to customers such as Home Depot, Lowes, K-Mart, Rite-Aid, Wal Mart, Kroger, Longs and others. Color Spot operates at least ten production facilities throughout California and Texas. At all times relevant hereto, CSN was engaged in substantial interstate commerce and did significant business in the State of California.

5. Does 1 through 10, inclusive, are sued as fictitious names since their true names and capacities are unknown to the Plaintiff. When their true names and capacities are ascertained, Plaintiff will amend his Complaint to state the same. Each

of the fictitiously named defendants is responsible in some manner for the occurrences alleged herein.

6. Defendants, by and through their officers, directors or managing agents, ratified, authorized and approved, expressly or impliedly, all of the conduct alleged hereinafter. On information and belief, Defendants, and each of them, acted as joint employers, alter egos, and an integrated enterprise, and jointly exercised control over the employment practices alleged herein.

7. At all times relevant to the present action all Defendants were employers within the definition of Section 3 of the Fair Labor Standards Act of 1938 (29 U.S.C. § 203.)

## FACTUAL ALLEGATIONS

8. During his employment by CSN, Plaintiff worked as a "Merchandiser." In that position Plaintiff's job duties consisted primarily of arranging displays at retail outlets such as Home Depot as well as other incidental marketing, promotional, and merchandising duties.

9. Plaintiff was paid an hourly "straight-time" rate for all hours of labor. Plaintiff frequently worked hours in excess of 40 per week, including frequent 12-hour days during the busiest months of March, April and May.

10. Plaintiff was informed that he was not eligible for overtime because he was supposedly an "agricultural" employee. In fact, as a merchandising employee, Plaintiff was not involved in the production, cultivation, growing, harvesting or transportation of any agricultural or horticultural commodities for CSN.

11. In performing these duties, Plaintiff was similarly situated to the other CSN Merchandisers who performed substantially identical work duties, worked substantially similar overtime hours, and also worked without the mandatory premium overtime pay required by the FLSA.

12. CSN's refusal to pay overtime was "willful" within the meaning of 29 U.S.C. § 255(a).

## LEGAL CLAIM FOR RELIEF

(Fair Labor Standards Act)

13. Plaintiff re-alleges and incorporates by reference every allegation in paragraphs 1 through 12, as though fully set forth herein.

14. The federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. section 201 *et seq.*, requires CSN to compensate its employees at premium rates for all overtime hours in excess of forty (40) per week.

15. Defendant CSN violated the FLSA by refusing to pay overtime wages to Plaintiff and similarly situated employees who were employed in non-agricultural positions.

16. As a result, Carlisle and all similarly situated employees are entitled to recover all unpaid wages according to proof and pursue all other applicable remedies pursuant to a collective action under section 216(b) of the FLSA.

## PRAYER

WHEREFORE, Plaintiff prays for judgment as follows:

1. For recovery of all unpaid overtime;
2. For liquidated damages under 29 U.S.C. section 216(b);
3. For an order of preliminary and permanent injunctive relief, including:
4. For prejudgment interest on all amounts owed;
5. For attorney fees and costs pursuant to law.
6. For such other and further relief the court deems just and proper to remedy and deter the conduct alleged herein.

Dated: December 16, 2008        VAN VLECK TURNER & ZALLER, LLP
                                Brian F. Van Vleck
                                Daniel J. Turner

                                By: _____
                                    Brian F. Van Vleck
                                Attorneys for Plaintiff Charles Carlisle

Brian F. Van Vleck (SBN 155250)
Daniel J. Turner (SBN 207654)
VAN VLECK TURNER & ZALLER LLP
555 W. Fifth Street, 31st Floor
Los Angeles, CA 90013
Tel: (213) 996-8445
Fax: (213) 996-8378

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CARLISLE,<br><br>　　　　　　　　　　　PLAINTIFF(S)<br>　　　　V.<br><br>COLOR SPOT NURSERIES, INC., and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>CV08-8280 DDP (Ex)<br><br>**SUMMONS** |

TO:DEFENDANT(S): <u>COLOR SPOT NURSERIES, INC.</u>

　　A lawsuit has been filed against you.

　　Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Brian Van Vleck</u>, whose address is <u>Van Vleck Turner & Zaller LLP, 555 W. Fifth Street, 31st Floor, Los Angeles, CA 90013</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

Dated: __DEC 16 2008__　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

　　　　　　　　　　　　　　　　　　　　　　　　(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
CHARLES CARLISLE

**DEFENDANTS**
COLOR SPOT NURSERIES, INC.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Brian F. Van Vleck, Daniel J. Turner
VAN VLECK TURNER & ZALLER LLP
555 W. Fifth Street, 31st Floor
Los Angeles, CA 90013
Tel: (213) 996-8445

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☒ **MONEY DEMANDED IN COMPLAINT: $** t.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violation of Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☒ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **FORFEITURE / PENALTY** | | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities – Other | ☐ 640 R.R.& Truck | ☐ 863 DIWC/DIWW 405(g) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CV08-8280     CIVIL COVER SHEET     American LegalNet, Inc. www.FormsWorkflow.com     Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 12-16-08

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com